UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARON CRITTENDON, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., et al.,<br><br>Defendants. | Case No:  C 11-01750 SBA<br><br>**ORDER STAYING ACTION**<br><br>Dkt. 24 |

Pursuant to the parties' stipulation to stay the proceedings pending resolution by the Judicial Panel on Multidistrict Litigation ("JPMDL") on whether to establish a Pinnacle Cup System MDL (Dkt. 24),

IT IS HEREBY ORDERED THAT the instant action is STAYED pending further order of the Court.  Upon receiving notice of whether the above-referenced MDL will be established by the JPMDL, the parties shall jointly notify the Court of such determination. The Case Management Conference currently scheduled for September 7, 2011, at 2:45 p.m., shall remain on calendar.  In the event that JPMDL has not yet ruled on the request to establish a Pinnacle Cup System MDL by September 7, 2011, the parties shall submit a stipulation to continue the Case Management Conference.

IT IS SO ORDERED.

Dated:  April 29, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge